FILED: May 15, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1398
(1:16-cv-00008-LO-IDD)
_____

COMPUTER SCIENCES CORPORATION

    Plaintiff - Appellant

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION, d/b/a Freddie Mac

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered 04/23/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*